

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2014

No. 04-14-00484-CV

**IN RE CAPITOL COUNTY MUTUAL FIRE INSURANCE CO.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice

On July 8, 2014, relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition in this court no later than August 15, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on July 18th, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013-CI-14402, styled *Albertha Stiff v. Capitol County Mutual Fire Insurance Co.*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.